IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,            )
                                     )
                Plaintiff,           )
                                     )        Docket No. 4:05CR3109
         v.                          )
                                     )
CHRISTOPHER C. LUNDY,                )
                                     )                ORDER
                Defendant.           )
                                     )
_____

        IT IS ORDERED:

        1.  Defendant's motion to continue, filing 13, is granted
and the change of plea hearing is continued to March 3, 2006 at
11:00 a.m. before the undersigned magistrate judge in Courtroom
2, United States Courthouse and Federal Building, 100 Centennial
Mall North, Lincoln, Nebraska.

        2.  For this defendant, the time between today's date and
the hearing on the anticipated plea of guilty is excluded for
purposes of computing the limits under the Speedy Trial Act.
See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

        3.  Defendant shall appear at the hearing.

        DATED: January 17, 2006.

                                BY THE COURT:

                                s/ *David L. Piester*
                                David L. Piester
                                United States Magistrate Judge