```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )
                                )      Docket No. 4:05CR3109
         v.                     )
                                )
CHRISTOPHER C. LUNDY,           )
                                )              ORDER
              Defendant.        )
                                )
```

IT IS ORDERED:

1. Defendant's motion to continue, filing 16, is granted and the change of plea hearing is continued to April 11, 2006 at 11:00 a.m. before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

3. Defendant shall appear at the hearing.

DATED: March 2, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge