IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3109 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| CHRISTOPHER C. LUNDY, | ) | |
| | ) | |
| Defendant. | ) | MEMORANDUM AND ORDER |
| | ) | |

A hearing was held before me June 29, 2006 on allegations made in the amended petition for action on conditions of pretrial release.  The defendant was present with counsel, and was advised of his rights.  The defendant admitted the allegations in the petition.  I therefore find that the allegations of the petition are true.

Regarding disposition, the government urged that the defendant should be detained.  Defendant proposed release on the same conditions, recognizing that he is in a "relapse prevention" outpatient treatment program. I conclude that 18 U.S.C. §3143 forecloses release.

IT THEREFORE HEREBY IS ORDERED, The previous order releasing the defendant on conditions, filing 8, is revoked, and the defendant shall be detained until further order of the court.

DATED June 29, 2006

BY THE COURT:

s/ *David L. Piester*
United States Magistrate Judge